FILED

FEB 13 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Timothy Doyle Young, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  07 0343 |
| | ) | |
| U.S. Department of Justice *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

TRANSFER ORDER

This matter is before the Court on plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. Plaintiff is a prisoner at the United States Penitentiary in Florence, Colorado. He sues under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), claiming, among other misdeeds, that prison officials are interfering with his right of access to the courts and are retaliating against him. Plaintiff seeks monetary damages and injunctive relief.

The complaint reveals no connection to this judicial district. The events giving rise to the claims occurred in Colorado, where the defendants directly implicated in the alleged wrongdoing are located.[1] This venue therefore is not proper for litigating plaintiff's claims. *See* 28 U.S.C. § 1391(b) (designating the proper venue under the circumstances presented as the location where a substantial part of the events occurred). The Court finds it in the interests of justice and judicial economy to transfer the case to the judicial district where it could have been properly brought. Accordingly, it is this 12th day of February 2007,

---

[1] Although plaintiff has included as defendants Attorney General Alberto Gonzales and high-level Bureau of Prison officials Harley Lappin and Harrell Watts, the allegations do not support their direct involvement in the alleged misconduct and therefore fail to state a claim against them in their individual capacities.

ORDERED that, pursuant to 28 U.S.C. § 1406(a), this action is hereby TRANSFERRED to the United States District Court for the District of Colorado. The Clerk of this Court shall file and docket the complaint. Whether plaintiff should be permitted to proceed further without prepayment of fees is a determination to be made by the transferee court.

/s/ Ricardo M. Urbina
United States District Judge